UNITED STATES of America, Plaintiff–Appellee

v.

Quawi GATES, also known as Red, Defendant–Appellant.

No. 10–60788

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 10, 2012.

Susan Spears Bradley, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Oxford, MS, for Plaintiff–Appellee.

Quawi Gates, Yazoo City, MS, pro se.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Quawi Gates has moved for leave to with-

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

draw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Gates has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gates's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.